UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ELEVADO DRINKS, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00571-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT<br><br>(Doc. 9) |

　　　　On May 14, 2025, Plaintiffs Michael Smith and Jason Ferguson ("Plaintiffs") initiated this action with a filing of a complaint against Defendants Elevado Drinks, LLC, Chaco Flaco Drinks, LLC, Hop the Wave Brewing Company, and Charles Moore ("Defendants").  (Doc. 1). Pending before the Court is the parties' stipulated request to extend by 14 days the time for Defendants to respond to the complaint, filed on July 11, 2025.  (Doc. 9).  The parties represent an extension is warranted as they seek additional time to discuss and confer about a possible motion to dismiss or amendment to the complaint.  *Id.* at 2.

　　　　In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file their response to the complaint no later than **July 28, 2025**.

IT IS SO ORDERED.

Dated:　**July 14, 2025**　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE