| | |
|---|---|
| **THE WESTON FIRM**<br>GREGORY S. WESTON<br>greg@westonfirm.com<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:  (619) 798-2006<br><br>**Counsel for Plaintiffs** | **FROST LLP**<br>AMY WILKINS HOFFMAN<br>amyh@frostllp.com<br>320 N. Central Ave., Suite 1200<br>Phoenix, AZ 85012<br>Telephone:  (480) 466-7005<br><br>**Counsel for Defendants** |

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH and JASON FERGUSON, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVADO DRINKS, LLC, CHACO FLACO DRINKS, LLC, HOP THE WAVE BREWING COMPANY and CHARLES MOORE,<br><br>Defendants. | Case No. 1:25-cv-00571-CDB<br><br>Pleading Type: Class Action<br><br>**JOINT NOTICE OF TENTATIVE SETTLEMENT**<br><br>Judge: The Honorable Christopher D. Baker<br><br>Action Filed: May 14, 2025 |

1 | Plaintiffs Michael Smith and Jason Ferguson and Defendants Elevado Drinks, LLC, Chaco Flaco Drinks, LLC, Hop the Wave Brewing Company, and Charles Moore provide notice that they have agreed to general terms of a settlement. The Parties hope to finalize the agreement and dismiss this action within the next week.

The Parties respectfully request that the Court vacate the Scheduling Conference set for August 11, 2025 at 9:30 a.m..

DATED: July 31, 2025

Respectfully Submitted,

s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON

**Counsel for Plaintiffs**

s/ Amy Wilkins Hoffman
**FROST LLP**
AMY WILKINS HOFFMAN

**Counsel for Defendants**