**THE WESTON FIRM**
GREGORY S. WESTON
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:     (619) 798-2006

<u>Counsel for Plaintiffs</u>

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH and JASON FERGUSON, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVADO DRINKS, LLC, CHACO FLACO DRINKS, LLC, HOP THE WAVE BREWING COMPANY and CHARLES MOORE,<br><br>Defendants. | Case No. 1:25-cv-00571-CDB<br><br>Pleading Type: Class Action<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CI. P. 41(A)(1)(a)(i)**<br><br>Judge: The Honorable Christopher D. Baker<br><br>Action Filed: May 14, 2025 |

**TO THE CLEKR OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiffs Michael Smith and Jason Ferguson hereby voluntarily dismiss this action in its entirety with prejudice. No stipulation or order of the Court is required to dismiss this case because the Defendants have not answered nor moved for summary judgment.

DATED: August 20, 2025                                   Respectfully Submitted,

                                                     s/ Gregory S. Weston
                                                    **THE WESTON FIRM**
                                                    GREGORY S. WESTON
                                                    **Counsel for Plaintiffs**